RECEIVED
IN MONROE, LA

APR 1 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| EPCO CARBONDIOXIDE PRODUCTS, INC. | * | DOCKET NO. 06-1800 |
| VERSUS | * | JUDGE JAMES |
| ST. PAUL TRAVELERS INSURANCE COMPANY, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant, Midwest Crane Service, LLC's Motion to Dismiss for Lack of Personal Jurisdiction [doc. # 7] be, and it is hereby **GRANTED**, and that plaintiff's claims against said defendant are hereby **DISMISSED**, without prejudice.

THUS DONE AND SIGNED this 9 day of April, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION